**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **John A. Mueller,** | ) | **CASE NO. 1:12 CV 2565** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **Carolyn W. Colvin,** | ) | **Judgment Entry** |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This Court, having ACCEPTED the Report and Recommendation of Magistrate Judge Greg White (Doc. 17), hereby enters judgment in favor of defendant and against plaintiff.

IT IS SO ORDERED.


/s/Patricia A. Gaughan
PATRICIA A. GAUGHAN
Date:  8/15/13    United States District Judge

1